Marc P. Cook, Esq.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 S. 9th St.
Las Vegas, NV 89101
(702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com
 [Additional counsel appearing on signature page]

*Attorneys for Plaintiff* NICK FISHER
and the Class

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NICK FISHER, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>THEVEGASPACKAGE.COM, INC., a Nevada corporation, and DOUGLAS DOUGLAS, an individual,<br><br>              Defendant. | Case No.<br><br>**CERTIFICATE OF INTERESTED PERSONS** |

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Nick Fisher certifies that he is a natural person. Thus, the disclosure requirements under the Rule are not applicable.

Moreover, pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Plaintiff Nick Fisher, certifies that the following have an interest in the outcome of this case:

Cook & Kelesis, Ltd. (counsel for Plaintiff and the Class)

Woodrow & Peluso, LLC (counsel for Plaintiff and the Class).

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

*          *          *

CERTIFICATE OF INTERESTED PERSONS                    1

Dated: September 12, 2019          Respectfully submitted,

NICK FISHER, individually and on behalf of all others similarly situated,

By: __/s/ Marc P. Cook__

Marc P. Cook, Esq.
Nevada Bar No. 004574
COOK & KELESIS, LTD.
517 S. 9th St.
Las Vegas, NV 89101
(702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com

Stephen A. Klein*
sklein@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

**pro hac vice* admission to be filed*

CERTIFICATE OF INTERESTED PERSONS                 2